IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-03042-WYD-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID W. CRILLEY,

    Defendant.

---

## SPECIAL ORDER OF REFERENCE TO MAGISTRATE JUDGE

---

Pursuant to 28 U.S.C. § 636(b)(1)(A) through (C), Fed. R. Civ. P. 72(a) and (b), and D.C.COLO.LCivR 72.1(c), United States Magistrate Judge Kathleen M. Tafoya is designated to conduct proceedings in this civil action as follows:

(X)    Conduct a settlement conference or another alternative dispute resolution proceeding.

IT IS ORDERED that this civil action is referred to the named magistrate judge to proceed according to the designation marked (X) above.

Dated:  February 25, 2014.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE