IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-03042-WYD-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID W. CRILLEY,

    Defendant.

## ORDER OF DISMISSAL OF PETITION

Before the Court is the United States' Motion for Voluntary Dismissal of Petition filed March 18, 2014.  The Petition at issue is the United States' Petition for Judicial Approval of Levy on Principal Residence, which seeks the approval of a levy on Mr. Crilley's principal residence in Fort Collins, Colorado.  The United States seeks dismissal of the Petition without prejudice due to the expiration of one of the statutes of limitations on collection of assessments against Mr. Crilley, which is scheduled to expire on August 23, 2014.  Upon consideration of the Motion and for good cause shown, it is

ORDERED that the United States' Motion for Voluntary Dismissal of Petition filed March 18, 2014 (ECF No. 24) is **GRANTED**, and the United States' Petition [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE**.  All matters currently scheduled are **VACATED**.  It is

FURTHER ORDERED that each party shall bear its own costs and attorney's fees.

Dated: March 19, 2014.

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE